## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| KRISTINA KELLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NTHRIVE REIMBURSEMENT MANAGEMENT | : | NO. 4:18-cv-17-RL-JEM |
| LLC d/b/a ADREIMA | : | |
| Defendant | : | |

### NOTICE OF SETTLEMENT

Plaintiff KRISTINA KELLER and Defendant NThrive Reimbursement Management LLC d/b/a Adreima, by counsel, notify the Court that the parties have reached a settlement. The parties expect to have this matter finalized with a stipulation of dismissal within thirty (30) days.

Dated: Lafayette, Indiana
November 26, 2018

Respectfully submitted,
/s/ *Duran L. Keller*
Duran L. Keller, Esq. (#31743-79)
**KELLER LAW**
8 N. Third Street, Suite 403
Lafayette, Indiana 47901
Telephone: (765) 444-9202
Facsimile: (765) 807-3388
Email: duran@kellerlawllp.com
*Attorney for Plaintiff*

Dated: Lafayette, Indiana
November 26, 2018

/s/ *John P. Ryan*
John P. Ryan, Esq.
**HINSHAW CULBERTSON LLP**
222 N. LaSalle Street, 3rd Floor
Chicago, IL 60601
Telephone: (312) 704-3000
Email: jryan@hinshawlaw.com
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document(s) was/were served upon all parties appearing via CM/ECF.

Dated: Lafayette, Indiana
November 26, 2018

/s/ *Duran L. Keller*
Duran L. Keller, Esq. (#31743-79)