UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KRISTINA KELLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NTHRIVE REIMBURSEMENT MANAGEMENT LLC d/b/a ADREIMA | : | NO. 4:18-cv-17-RL-JEM |
| Defendant | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss this action with prejudice. Each party is to pay their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| **KELLER LAW** | **HINSHAW CULBERTSON LLP** |
| By: */s/ Duran L. Keller* <br> Duran L. Keller, 31743-79 <br> P. O. Box 1248 <br> Lafayette, IN 47902 <br> Telephone: (765) 444-9202 <br> duran@kellerlawllp.com | By: */s/ John P. Ryan* <br> John P. Ryan, Esq. <br> 222 N. LaSalle Street, 3rd Floor <br> Chicago, IL 60601 <br> Telephone: (312) 704-3000 <br> jryan@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Date: December 7, 2018 | Dated: December 7, 2018 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document(s) was/were served upon all parties appearing via CM/ECF.

Dated: Lafayette, Indiana
December 7, 2018

/s/ *Duran L. Keller*
Duran L. Keller, Esq. (#31743-79)